UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JUSTIN YING,
*on behalf of himself and others similarly situated,*
                                          Plaintiff,

Case No. 20-cv-06242
(ENV) (MMH)

v.

ALL-WAYS FORWARDING OF N.Y. INC.
    f/k/a All Ways Forwarding of N.Y. Inc.
    f/k/a All Ways Forwarding International of N.Y., Inc.
    f/k/a All Ways Forwarding International Inc.,
ALL-WAYS FORWARDING INT'L INC.,
ALL-WAYS PACIFIC LLC,
ALL-WAYS FORWARDING HOLDINGS LLC,
SOLOMON WEBER, and
DAVID PASKES,
                       Defendants.
----------------------------------------------------------X

**NOTICE OF JOINT MOTION FOR AN ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND COLLECTIVE ACTION, (2) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS SETTLEMENT AND PLAN OF ALLOCATION, (3) DIRECTING DISSEMINATION OF NOTICE AND RELATED MATERIAL TO THE CLASS, AND (4) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, of TROY LAW, PLLC, counsel for JUSTIN YING, sworn to on July 28, 2022, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, jointly with Defendants' counsels, Raymond Berti and Paul Rutigliano, of AKERMAN LLP, counsel for Defendants, at the United States Courthouse for the Eastern District of New York, before the Honorable Magistrate Judge Marcia M. Henry for an Order:

      (1) conditionally certifying the proposed Settlement Class and Collective Action with the proposed Class as defined in the Stipulation agreed to between the parties by counsels, *see* Docket

Entry No. 40 (Mar. 4, 2022), consisting of "each current and former non-exempt and non-managerial employees employed from December 24, 2014 to the date of this Stipulation [March 4, 2022]" at ALL-WAYS FORWARDING OF N.Y. INC, located at 16115 Rockaway Boulevard, 3rd Floor, Jamaica, NY 11434";

 (2) granting preliminary approval to proposed Class Settlement and plan and allocation, as described in detail in the Settlement Agreement and Release (hereinafter "Settlement Agreement"), attached hereto as **Exhibit 1 to the Declaration of John Troy**;

 (3) directing dissemination of the Notice and related materials to the Class, with proposed Notice of Class Action Settlement, annexed hereto **Exhibit 2 to the Troy Declaration**;

 (4) appointing Troy Law, PLLC ("Troy Law") ("Plaintiff's Counsel") as Class Counsel;

 (5) appointing Arden Claims Services, as Claims Administrator;

 (6) proposing a date for Fairness Hearing with relevant dates; and

 (6) granting other further relief as the Court deems just and proper.

Dated: Flushing, New York
July 28, 2022

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: _____
John Troy
Aaron Schweitzer
Tiffany Troy
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: 718 762 1324

Dated: New York, New York
July 28, 2022

Akerman LLP
*Attorneys for Defendants*

By: /s/ Raymond J. Berti
Raymond J. Berti
Paul Rutigliano
1251 Avenue of the Americas, 37th Fl.
New York, NY 10020
Tel: 212 880 3800