**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUSTIN YING,
*on behalf of himself and others similarly situated,*
                                         Plaintiff,

                    v.

ALL-WAYS FORWARDING OF N.Y. INC.             **Case No. 20-cv-06242**
    f/k/a All Ways Forwarding of N.Y. Inc.          **(ENV) (MMH)**
    f/k/a All Ways Forwarding International of
    N.Y., Inc.
    f/k/a All Ways Forwarding International Inc.,
ALL-WAYS FORWARDING INT'L INC.,
ALL-WAYS PACIFIC LLC,
ALL-WAYS FORWARDING HOLDINGS LLC,
SOLOMON WEBER, and
DAVID PASKES,
                                     Defendants.
-------------------------------------------------------------------x

**NOTICE OF JOINT MOTION FOR AN ORDER GRANTING FINAL APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT**

       For the reasons set forth in the accompanying Memorandum of Law in Support of the Joint Motion for an Order Granting Final Approval to Proposed Class Action Settlement ("Motion for Final Approval") and the Declaration of John Troy in Support of Plaintiff Class's Motion for Final Approval ("Schweitzer Declaration"), Plaintiff Class respectfully requests that the Court enter an Order granting final approval of the Settlement Agreement and Release ("Settlement Agreement"); and granting such other, further, or different relief as to the Court seems just and proper.

       Plaintiff Class has contemporaneously submitted a Proposed Order granting the Motion for Final Approval, and related Motions for Approval of Service Award and for Approval of Attorney's Fees, attached as Exhibit 1 hereto, for the Court's convenience.

Dated: Flushing, NY
       November 22, 2023November 21, 2023

                                      Respectfully submitted,
                                      Troy Law, PLLC

                                      */s/ John Troy*
                                      John Troy
                                      Aaron B. Schweitzer
                                      Tiffany Troy
                                      41-25 Kissena Boulevard, Suite 110
                                      Flushing, NY 11355
                                      (718) 762-1324
                                      troylaw@troypllc.com
                                      *Attorneys for Plaintiff and Class*