akerman

Raymond J. Berti

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6421
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6454
raymond.berti@akerman.com

October 18, 2024

**VIA ECF**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY, 11201

Re: *Ying v. All-Ways Forwarding of N.Y. Inc., et al*
Case No. 1:20-cv-06242-ENV-MMH

Dear Judge Henry:

This firm represents the Defendants in the above-referenced matter, and we submit this letter pursuant to Your Honor's Order dated October 8, 2024, which directed Defendants to submit a response to Plaintiff's application [ECF No. 69] for leave to file a supplement to the parties' pending joint motion for final class settlement approval [ECF No. 53] regarding the parties' compliance with the Class Action Fairness Act of 2005 ("CAFA").

To confirm, Defendants do not substantively oppose Plaintiff's application. However, Defendants did not consent to the filing of Plaintiff's application because it was unsolicited by the Court, and, more fundamentally, due to good-faith concerns that Plaintiff's counsel was improperly using the application as yet another inappropriate attempt by Plaintiff's counsel to "nudge" the Court into ruling on the parties' pending joint motion for final class settlement approval, which Plaintiff has done repeatedly over the past year [ECF Nos. 65, 67-68]. Although Defendants are certainly hopeful that the Court will grant the parties' pending joint motion, they do not think it is appropriate to attempt to pressure the Court in this regard.

Accordingly, Defendants respectfully defer to the Court's judgment regarding the propriety of Plaintiff's application.

Respectfully submitted,

*/s/ Raymond J. Berti*
Raymond J. Berti
*Counsel for Defendants*