UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JUSTIN YING,
*on behalf of himself and others similarly situated,*
                                      Plaintiff,

                v.

ALL-WAYS FORWARDING OF N.Y. INC.
    f/k/a All Ways Forwarding of N.Y. Inc.
    f/k/a All Ways Forwarding International of
    N.Y., Inc.
    f/k/a All Ways Forwarding International Inc.,
ALL-WAYS FORWARDING INT'L INC.,
ALL-WAYS PACIFIC LLC,
ALL-WAYS FORWARDING HOLDINGS LLC,
SOLOMON WEBER, and
DAVID PASKES,
                                Defendants.
-------------------------------------------------------x

**Case No. 20-cv-06242 (ENV) (MMH)**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure and the Court's March 31, 2025 Order [D.E. 73] approving the parties' Settlement Agreement [D.E. 45-1] with the exception of the confidentiality and non-disparagement provisions thereof (which were stricken), the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. In accordance with Section 2.11 of the Settlement Agreement, this Court will retain jurisdiction over the interpretation and implementation of the Settlement Agreement as well as any and all matters arising out of, or related to, the interpretation or implementation of the Settlement Agreement and of the settlement contemplated thereby.

| | |
|---|---|
| Dated: Flushing, New York<br>April 10, 2025 | Dated: New York, New York<br>April 10, 2025 |
| TROY LAW, PLLC<br>*Attorneys for the Plaintiff* | AKERMAN LLP<br>*Attorneys for Defendants* |
| By: /s/ *John Troy*<br>John Troy<br>Aaron Schweitzer<br>Tiffany Troy<br>41-25 Kissena Blvd., Suite 110<br>Flushing, NY 11355<br>Tel: 718 762 1324 | By: /s/ *Raymond J. Berti*<br>Raymond J. Berti<br>Paul Rutigliano<br>1251 Avenue of the Americas, 37th Fl.<br>New York, NY 10020<br>Tel: 212 880 3800 |

SO ORDERED.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 5/28/2025

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.